# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARREN BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBBIE ASUNCION, et al.,<br><br>    Defendants. | NO. CV 19-6889-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) is DENIED.

Accordingly, Defendants are ordered to file an answer to the complaint within 30 days of entry of this order.

DATED: August 17, 2020

_____
JOHN F. WALTER
United States District Judge