UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARREN BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>DEBBIE ASUNCION, et al.,<br><br>    Defendants. | NO. 2:19-cv-06889-SPG-AGR<br><br>ORDER (1) ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND<br><br>(2) VACATING REFERENCE TO MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

      IT IS ORDERED that Defendants' motion for summary judgment is GRANTED IN PART AND DENIED IN PART as follows:

      (1) Defendants' motion for summary judgment with respect to Defendants Asuncion and Watson is granted; and

      (2) Defendants' motion for summary judgment with respect to Defendants Romero, Clemons, Wood and Mathews is denied.

      IT IS FURTHER ORDERED that reference to the Magistrate Judge pursuant to General Order 05-07 is vacated and all further proceedings in this action shall be before the assigned District Judge.  The case is referred to the same Magistrate Judge for discovery.

DATED: July 7, 2022

HON. SHERILYN P. GARNETT  
United States District Judge