1  PAUL B. SALVATY (SBN 171507)
   psalvaty@winston.com
2  TRISTAN R. KIRK (SBN: 313262)
   tkirk@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue, 38th Fl.
4  Los Angeles, CA 90071-1543
   Telephone:   (213) 615-1700
5  Facsimile:    (213) 615-1750

6

7  Attorneys for Plaintiff
   FARREN BRYANT, JR.

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FARREN BRYANT, JR., | Case No. 2:19-cv-06889-WLH (AGR) |
|---|---|
| Plaintiff, | **JOINT STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| vs. | |
| D. ASUNCION, et al., | Hon. Wesley L. Hsu |
| Defendants. | Complaint Filed: August 8, 2019 |

1  Pursuant to Civil Local Rule 16-14, Fed. R. Civ. P. 16(b)(4), and this Court's procedures,
2  Plaintiff Farren Bryant, Jr. and Defendants D. Romero, R. Clemons, C. Wood, and C. Mathews
3  (collectively, the "Parties") submit this Joint Stipulated Request to Modify the December 20, 2023
4  Scheduling Order (Dkt. 86).  This Stipulation is accompanied by a declaration in support.  The
5  Parties, after having met and conferred, believe there is good cause to adjust the schedule as set forth
6  below, and request jointly the Court amend the Scheduling Order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Deadline for expert disclosures [initial] | April 5, 2024 | April 26, 2024 |
| Deadline for expert disclosures [rebuttal] | April 19, 2024 | May 10, 2024 |
| Expert discovery cut-off | May 3, 2024 | May 24, 2024 |
| Deadline to hear motions | May 17, 2024 | June 7, 2024 |
| Deadline to hear *Daubert* motions | June 14, 2024 | June 28, 2024 |
| Deadline to complete settlement conference | June 28, 2024 | July 3, 2024 |
| Deadline for first round of trial filings | July 5, 2024 | July 10, 2024 |
| Deadline for second round of trial filings | July 19, 2024 | July 24, 2024 |
| Final Pretrial Conference | September 13, 2024, at 3:00 p.m. | No change |
| Trial | October 1, 2024, at 9:00 a.m. | No change |

**WE SO STIPULATE.**

Dated:  April 2, 2024                              **WINSTON & STRAWN LLP**

                                                   By:   */s/ Tristan Kirk*
                                                         Tristan Kirk
                                                         tkirk@winston.com
                                                         333 S. Grand Avenue, 38th Floor
                                                         Los Angeles, CA 90071
                                                         Telephone: (213) 615-1700
                                                         Facsimile: (213) 615-1750

                                                         *Attorneys for Plaintiff Farren Bryant, Jr.*

| | | |
|---|---|---|
| 1 | Dated: April 2, 2024 | **ATTORNEY GENERAL OF CALIFORNIA** |
| 2 | | By: */s/ Jeffrey T. Fisher* |
| 3 | | JEFFREY T. FISHER |
| | | Supervising Deputy Attorney General |
| 4 | | State Bar No. 303712 |
| | | 455 Golden Gate Ave., Suite 11000 |
| 5 | | San Francisco, CA  94102-7004 |
| | | Telephone: (415) 510-3568 |
| 6 | | Fax: (415) 703-5843 |
| 7 | | E-mail: Jeffrey.Fisher@doj.ca.gov |
| 8 | | *Attorneys for Defendants R. Clemons, C. Mathews, D. Romero, & C. Wood* |

# ATTESTATION

Pursuant to Local Rule 5-4.34(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: April 2, 2024

**WINSTON & STRAWN LLP**

By: */s/ Tristan Kirk*
Tristan Kirk
tkirk@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750