| | |
|---|---|
| 1 | PAUL B. SALVATY (SBN 171507) |
| | psalvaty@winston.com |
| 2 | TRISTAN R. KIRK (SBN: 313262) |
| | tkirk@winston.com |
| 3 | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue, 38th Fl. |
| 4 | Los Angeles, CA 90071-1543 |
| | Telephone:    (213) 615-1700 |
| 5 | Facsimile:     (213) 615-1750 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | FARREN BRYANT, JR. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARREN BRYANT, JR., | Case No. 2:19-cv-06889-WLH (AGR) |
| Plaintiff, | **DECLARATION OF TRISTAN R. KIRK IN SUPPORT OF JOINT STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| vs. | |
| D. ASUNCION, et al., | |
| Defendants. | Hon. Wesley L. Hsu |
| | Complaint Filed: August 8, 2019 |

# DECLARATION OF TRISTAN R. KIRK

I, Tristan R. Kirk, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP, and counsel for Farren Bryant, Jr. I have personal knowledge of the matters stated herein and am competent to testify thereto. I submit this declaration in support of this Joint Stipulated Request to Modify the Scheduling Order.

2. On December 20, 2023, the Court approved a scheduling order for this case and set a trial date of October 1, 2024.

3. Since then, the Parties have diligently exchanged written discovery and Plaintiff has taken eight depositions including the depositions of the four named Defendants. The most recent deposition took place on March 20, 2024, and the Parties are waiting for finalized deposition transcripts for the depositions that occurred in mid-March.

4. During the deposition process, Plaintiff identified additional search custodians and Defendants are currently working to review and produce relevant documents related to those additional search custodians.

5. The Parties stipulate and agree that good cause exists for a short extension of certain deadlines that do not impact the pre-trial conference or trial date. These brief continuances will allow Defendants to finalize their productions, Plaintiff to review the new documents, and for the Parties to receive, review, and analyze all relevant deposition transcripts. The Parties will then be equipped with all of the relevant information needed to submit expert disclosures and reports.

6. The Parties have not been granted any modifications of the Scheduling Order since the case was transferred to Judge Wesley Hsu in May 2023.

7. Therefore, the Parties stipulate and request the Court modify the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Deadline for expert disclosures [initial] | April 5, 2024 | April 26, 2024 |
| Deadline for expert disclosures [rebuttal] | April 19, 2024 | May 10, 2024 |

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Expert discovery cut-off | May 3, 2024 | May 24, 2024 |
| Deadline to hear motions | May 17, 2024 | June 7, 2024 |
| Deadline to hear *Daubert* motions | June 14, 2024 | June 28, 2024 |
| Deadline to complete settlement conference | June 28, 2024 | July 3, 2024 |
| Deadline for first round of trial filings | July 5, 2024 | July 10, 2024 |
| Deadline for second round of trial filings | July 19, 2024 | July 24, 2024 |
| Final Pretrial Conference | September 13, 2024, at 3:00 p.m. | No change |
| Trial | October 1, 2024, at 9:00 a.m. | No change |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April 2024 in Los Angeles, California.

                                          */s/ Tristan Kirk*
                                          Tristan Kirk