1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9
10  FARREN BRYANT, JR.,

11              Plaintiff,

12       vs.

13  D. ASUNCION, et al.,

14              Defendants.

15

Case No. 2:19-cv-06889-WLH (AGR)

**ORDER GRANTING JOINT STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER [ECF NO. #89]**

Hon. Wesley L. Hsu
Complaint Filed: August 8, 2019

16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the joint stipulation, hereby enters the following order:

IT IS HEREBY ORDERED that the Joint Stipulated Request to Modify the Scheduling Order is GRANTED. There is good cause to adjust the schedule as set forth below:

| Event | Current Deadline | Proposed Modified Deadline |
| --- | --- | --- |
| Deadline for expert disclosures [initial] | April 5, 2024 | April 26, 2024 |
| Deadline for expert disclosures [rebuttal] | April 19, 2024 | May 10, 2024 |
| Expert discovery cut-off | May 3, 2024 | May 24, 2024 |
| Deadline to hear motions | May 17, 2024 | June 7, 2024 |
| Deadline to hear *Daubert* motions | June 14, 2024 | June 28, 2024 |
| Deadline to complete settlement conference | June 28, 2024 | July 3, 2024 |
| Deadline for first round of trial filings | July 5, 2024 | July 10, 2024 |
| Deadline for second round of trial filings | July 19, 2024 | July 24, 2024 |
| Final Pretrial Conference | September 13, 2024, at 3:00 p.m. | No change |
| Trial | October 1, 2024, at 9:00 a.m. | No change |

**IT IS SO ORDERED.**

DATED: April 5, 2024

HON. WESLEY L. HSU
U.S. DISTRICT JUDGE