ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
JEFFREY T. FISHER
Supervising Deputy Attorney General
State Bar No. 303712
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3568
Fax:  (415) 703-5843
E-mail:  Jeffrey.Fisher@doj.ca.gov
*Attorneys for Defendants*
*C. MATHEWS AND C. WOOD*

PAUL B. SALVATY (SBN: 171507)
psalvaty@winston.com
TRISTAN R. KIRK (SBN: 313262)
tkirk@winston.com
LARA MARKARIAN (SBN: 327345)
lmarkarian@winston.com
PEYTON SHERWOOD (SBN: 354197)
psherwood@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750
*Attorneys for Plaintiff*
*FARREN BRYANT, JR.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARREN BRYANT, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>D. ASUNCION, et al.,<br><br>Defendants. | Case No. 2:19-cv-06889-WLH (AGR)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:           Hon. Wesley L. Hsu<br>Courtroom:   9B, 9th floor<br>Action Filed: August 8, 2019<br>Trial Date:    November 18, 2024 |

**TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Farren Bryant, Jr. ("Plaintiff") and Defendants C. Wood and C. Mathews (collectively, "Defendants") (jointly, the "Parties") hereby notify the Court as follows:

On November 6, 2024, the Parties reached an agreement in principle to settle this matter in its entirety. The Parties are currently working to finalize and execute a settlement agreement.

The Parties therefore request that the Court vacate the trial date of November 18, 2024. The Parties anticipate finalizing a written settlement agreement and filing a joint stipulation for dismissal with prejudice within thirty (30) days of the date of this Notice.

Dated: November 6, 2024  **WINSTON & STRAWN LLP**

By: */s/ Tristan R. Kirk*
Tristan R. Kirk
tkirk@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorney for Plaintiff Farren Bryant, Jr.*

Dated: November 6, 2024  **ATTORNEY GENERAL OF CALIFORNIA**

By: */s/ Jeffrey T. Fisher*
Jeffrey T. Fisher
Supervising Deputy Attorney General
State Bar No. 303712
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3568
Fax: (415) 703-5843
E-mail: Jeffrey.Fisher@doj.ca.gov

*Attorney for Defendants C. Mathews and C. Wood*

# **ATTESTATION**

Pursuant to Local Rule 5-4.34(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: November 6, 2024	**WINSTON & STRAWN LLP**

By:	*/s/ Tristan R. Kirk*
Tristan R. Kirk
tkirk@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorney for Plaintiff Farren Bryant, Jr.*